No. 782.   ZERBST, WARDEN, *v.* KIDWELL;
No. 783.   SAME *v.* SMITH;
No. 784.   SAME *v.* COLLINS;

No. 785. SAME *v.* OWENS;

No. 786. SAME *v.* PEEL;

No. 787. SAME *v.* JONES;

No. 788. SAME *v.* STONE; and

No. 789. SAME *v.* SULLIVAN. March 28, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Acting Solicitor General Bell* for petitioner. *Mr. J. F. Kemp* for respondents. Reported below: 92 F. 2d 756.